GRACE T. COLE, as Administratrix of the Estate of GEORGE W. COLE, Deceased, Respondent, v. CHARLES SWAGLER, as Administrator of the Estate of EUGENE SWAGLER, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ. [See *post,* p. 861.]

MAYNARD SMITH, Appellant, v. WESLEY H. BROOKS, Respondent.— Judgment reversed on the law and facts, with costs, and judgment directed to be entered in accordance with the memorandum, with costs. Certain findings of fact disapproved and reversed and new findings made. Memorandum: Upon the record before us, we reach the conclusion that the determination of the trial court denying specific performance to compel the defendant to carry out his written contract to convey the premises therein described to the plaintiff was correct. We are not, however, in accord with the reasons advanced by the court for denying the relief sought. We feel that the defendant was mentally capable of understanding the nature of the sale contract signed by him on May 24, 1951, and should be called upon to respond in money damages to the plaintiff for his failure to convey the premises contracted to be sold. We fix those damages at $2,200, which includes the $200 deposit paid at the time of the signing of the contract. It follows that the judgment dismissing plaintiff's complaint be reversed and judgment entered in accordance with this memorandum. All concur. (Appeal from a judgment dismissing the complaint in an action to compel specific performance.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of ASSUNTA DI MARTINO, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order denying petitioner's application, dismissing the petition, and confirming the determination of the State Liquor Authority which denied petitioner's application for a hotel liquor license.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

LEWIS T. PUFFER, Respondent, v. C. E. CHAPPELL & SONS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from judgment for plaintiff in a negligence action. The order denies defendant's motion to set aside the verdict.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

FREDERICA PUFFER, Respondent, v. C. E. CHAPPELL & SONS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies defendant's motion to set aside the verdict.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.